IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02600

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

SFM, LLC d/b/a SPROUTS FARMERS MARKET,

    Defendant.
_____

**ENTRY OF APPEARANCE**
_____

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Intervenor Raymond Clark.

    DATED at Denver, Colorado this 25th day of September 2021.

    RATHOD | MOHAMEDBHAI LLC

    *s/ Iris Halpern*
    Iris Halpern
    2701 Lawrence Street, Suite 100
    Denver, CO 80205
    (303) 578-4400 (t)
    (303) 578-4401 (f)
    ih@rmlawyers.com

    ATTORNEY FOR PLAINTIFF INTERVENOR