# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, and | )<br>) |
| RAYMOND P. CLARK, | )<br>) |
| Plaintiff-Intervenor, | )   CIV. NO: 1:21-cv-02600-NYW |
| v. | )<br>)<br>) |
| SFM, LLC dba Sprouts Farmers Market, | )<br>) |
| Defendant | ) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Parties, Plaintiff Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor Raymond P. Clark ("Plaintiff-Intervenor"), and Defendant SFM, LLC, dba Sprouts Farmers Market ("Defendant") jointly move this Court to enter and approve the parties' Consent Decree that has been lodged on this date. The fully executed Consent Decree is attached hereto as Attachment 1, and the Consent Decree will be submitted electronically on this date to the Court for approval. The Parties stipulate that this Consent Decree is fair, reasonable, and equitable, and does not violate the law or public policy. All parties have agreed to facsimile or electronic signatures where necessary.

RESPECTFULLY SUBMITTED: October 4, 2021.

| /s/Loretta Medina | /s/Iris Halpern | /s/Michael H. Bell |
|---|---|---|
| Loretta Medina | Iris Halpern | Michael H. Bell |
| Supervisory Trial Attorney | RATHOD \| MOHAMEDBHAI LLC | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, PC |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 2701 Lawrence Street, Suite 100 | 2000 South Colorado Boulevard |
| Albuquerque Area Office | Denver, CO 80205 | Tower Three, Suite 900 |
| 500 Gold Avenue SW, Suite 6401 | (303)578-4400 (t) | Denver, CO 80222 |
| P.O. Box 128 | (303)578-4401 (f) | |
| Albuquerque, NM 87103 | ih@rmlawyers.com | (303)318-7481(t) |
| | | (303)831-9246(f) |
| and | Attorney for Plaintiff-Intervenor Clark | mike.bell@ogletree.com |
| EEOC Denver Field Office | | Attorney for Defendant Sprouts |
| 950 17th Street, Suite 300 | | |
| Denver, CO 80202 | | |
| (505)248-5230 | | |
| loretta.medina@eeoc.gov | | |
| Attorney for Plaintiff EEOC | | |

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2021, I electronically filed the foregoing document via the CM/ECF System for filing. All counsel of record are registrants and are therefore served via this filing and transmittal.

Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
ih@rmlawyers.com

Attorney for Plaintiff-Intervenor Clark

-and-

Michael H. Bell
Ogletree, Deakins, Nash, Smoak, & Stewart, PC
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
mike.bell@ogletree.com

Attorney for Defendant Sprouts

/s/ *Loretta Medina*
LORETTA MEDINA